**FILED**
**FEBRUARY 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1211**

| | |
|---|---|
| ABDELKADER EL METENNANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. EMILIO T. GONZALEZ Gonzalez, District | ) |
| Director of The United States Citizenship and | ) |
| Immigration Services; The United States | ) |
| Citizenship and Immigration Services; | ) |
| MICHAEL CHERTOFF Secretary, United States | ) |
| Department of Homeland Security; and The | ) |
| United States Department Of Homeland Security, | ) |
| | ) |
| Defendants. | ) |

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE KEYS**

PETITION FOR
WRIT OF MANDAMUS

Plaintiff Abdelkader El Metennani, Applicant No. A97-321-992, through his attorneys, moves for a Writ of Mandamus, ordering the United States Citizenship and Immigration Services to adjudicate his pending I-485 Application to Register Permanent Resident or Adjust Status, filed with the former U.S. Department of Justice Immigration and Naturalization Service on May 15, 2003. In support, Plaintiff states as follows:

1. This matter is brought pursuant to 28 U.S.C. § 1361 in the nature of mandamus, to compel an officer of the U.S. Citizenship and Immigration Services ("USCIS") to perform his or her non-discretionary duty of adjudicating an I-485 Application to Register Permanent Resident or Adjust Status.

2. Plaintiff Abdelkader El Metennani is a citizen of the People's Democratic Republic of

Algeria.

3. Mr. El Metennani lawfully entered the United States and has been lawfully residing in the United States since entry. In approximately 2000, Mr. El Metennani petitioned for an H-1B Nonimmigrant Worker Visa; such petition was granted on February 8, 2001. In 2003, Mr. El Metennani was married to Ms. Maura Jandris, a U.S. Citizen. Petitioner is a resident of Chicago, Illinois.

4. On May 15, 2003, Mr. El Metennani filed his I-485 Application to Register Permanent Resident or Adjust Status. A copy of the receipt notice demonstrating the filing of the I-485, Applicant No. A97-321-922, is attached as Exhibit 1.

5. On October 21, 2004, USCIS Officer B.W. Allen conducted an interview with Plaintiff and his wife pertaining to his application. Upon the conclusion of that interview, Officer Allen indicated that he approved Mr. El Metennani's application, but was unable to issue the I-551 stamp because the FBI name clearance check remained pending.

6. Mr. El Metennai and his wife, Ms. Jandris, have been inquiring into the status of Plaintiff's I-485 application since January 7, 2005.

7. Congressman Rahm Emanuel's office has also inquired into the status of Plaintiff's I-485 application, on Plaintiff's behalf.

8. Defendants have responded to Mr. El Metennani, Ms. Jandris, and Congressman Emanuel's office's inquiries by stating only that Mr. El Metennai's FBI name clearance check remained pending and, therefore, Mr. El Metennani's case was not yet ready for a decision.

9. No further action by Defendants has been taken to adjudicate Plaintiff's I-485 Petition,

which was filed over four years ago.

10. As a result of Defendants' inaction, Mr. El Metennani and Ms. Jardis have faced extreme difficulties when traveling together, they have had to file extra immigration applications, and Mr. El Metennani has been required to limit his employment opportunities to those opportunities which do not require permanent resident status.

11. There exists no legitimate reason for Defendants' failure or refusal to process Plaintiff's petition.

WHEREFORE, Plaintiff prays for the entry of an order requiring that Plaintiff's I-485 Application to Register Permanent Resident or to Adjust Status be adjudicated by the U.S. Citizenship and Immigration Services at once.

Respectfully submitted,

/s/ Jeffrey Grant Brown
Jeffrey Grant Brown
Attorney for Petitioner
Abdelkader El Metennani

Jeffrey Grant Brown
Converse & Brown, LLC
105 West Adams Street
Suite 3000
Chicago, Illinois  60603
(312) 789-9700
#6194262