**08 C 1211**

**JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS**

```
        I N S
     CHICAGO, ILL.


   05/15/03


   **0002**
   ELMETENNANI  #
   ABDELKADER #
   DOB 1-16-69 #
   I-485 W-O SUPP

                   255.00
   F-258           50.00
   I-765           120.00
   I-130           130.00
   ADVANCE PAROLE

                   110.00
   SUBTTL          665.00

              665.00
   CHECK           305.00
   CHECK           120.00
   CHECK           130.00
   CHECK           110.00


        5  ITEMS

   7564 001 002  8:09
   THANK YOU
```